granted, *amicus curiae* briefs under Rule 26(a)(3) will also be filed on or before January 24, 2017.

No. 16–0705/AR.  U.S. v. Sean R. Erikson.  CCA 20150130.  On consideration of the Hearing Notice issued December 13, 2016, setting the above-mentioned case for oral argument, it is ordered that said hearing notice is hereby rescinded.  Appellee's motion to reschedule oral argument is hereby denied as moot, and oral argument for the above-mentioned case will be rescheduled for a later date specified by the Court.

No. 16–0689/AF.  U.S. v. Charles D. Buford.  CCA 2016–04.  On consideration of the Hearing Notice issued December 13, 2016, setting the above-mentioned case for oral argument, it is ordered that said hearing notice is hereby rescinded, and that oral argument for the above-mentioned case will be rescheduled for a later date specified by the Court.

No. 16–0731/AR.  U.S. v. Austin L. Hendrix.  CCA 20140476.  On consideration of the Hearing Notice issued December 15, 2016, setting the above-mentioned case for oral argument, it is ordered that said hearing notice is hereby rescinded, and that oral argument for the above-mentioned case will be rescheduled for a later date specified by the Court.

Monday, December 19, 2016

No. 16–0660/AF.  U.S. v. Andre K. Lewis.  CCA 38671.  On consideration of the petition for grant of review of the decision of the United States Air Force Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issue:

> WHETHER JUDGE MARTIN T. MITCHELL, A JUDGE ON THE COURT OF MILITARY COMMISSION REVIEW, WAS STATUTORILY AUTHORIZED TO SIT ON THE AIR FORCE COURT OF CRIMINAL APPEALS, AND EVEN IF HE WAS STATUTORILY AUTHORIZED TO BE ASSIGNED TO THE AIR FORCE COURT OF CRIMINAL APPEALS, WHETHER HIS SERVICE ON BOTH COURTS VIOLATED THE APPOINTMENTS CLAUSE GIVEN HIS NEWLY ATTAINED STATUS AS A SUPERIOR OFFICER.

No briefs will be filed under Rule 25.

No. 17–0008/AR.  U.S. v. Matthew R. Strempler.  CCA 20150527.  On consideration of the Appellant's petition for reconsideration of this Court's Order issued November 8, 2016, it is ordered that said petition for reconsideration is hereby granted, that the Order of November 8, 2016, denying the petition for grant of review is hereby vacated, and that the petition for grant of review is hereby granted on the following issues:

> I.   WHETHER ACCEPTANCE OF APPOINTMENT AS A CMCR JUDGE TERMINATED THE MILITARY COMMISSION OF JUDGE HERRING.
>
> II.  WHETHER, AS AN APPOINTED JUDGE OF THE CMCR, JUDGE HERRING DID NOT MEET THE UCMJ DEFINITION OF APPELLATE MILITARY JUDGE.
>
> III. WHETHER THE ASSIGNMENT OF INFERIOR OFFICERS AND PRINCIPAL OFFICERS TO A SINGLE JUDICIAL TRIBUNAL ITSELF VIOLATED THE APPOINTMENTS CLAUSE.

No briefs will be filed under Rule 25.

No. 17–0067/AR.  U.S. v. Anthony K. Bickerstaff.  CCA 20160065.  On consideration of the petition for grant of review of the decision of the United States Army Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

> I.   WHETHER ACCEPTANCE OF APPOINTMENT AS A CMCR JUDGE TERMINATED THE MILITARY COMMISSION OF JUDGE HERRING.
>
> II.  WHETHER, AS AN APPOINTED JUDGE OF THE CMCR, JUDGE HERRING DID NOT MEET THE UCMJ DEFINITION OF APPELLATE MILITARY JUDGE.
>
> III. WHETHER THE ASSIGNMENT OF INFERIOR OFFICERS AND PRINCIPAL OFFICERS TO A SINGLE JUDICIAL TRIBUNAL ITSELF VIOLATED THE APPOINTMENTS CLAUSE.

No briefs will be filed under Rule 25.